FILED
APR 05 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. ANDERSON<br><br>Defendant. | Criminal No. 1:23 cr 17<br><br>Violations: 26 U.S.C. § 7206(1) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(False Tax Return)

On or about October 6, 2021, within the Northern District of West Virginia, the defendant **DAVID M. ANDERSON** willfully filed and caused to be filed with the Internal Revenue Service a false Form 1040 U.S. Individual Income Tax Return for tax year 2019, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant **DAVID M. ANDERSON** did not believe to be true and correct as to every material matter. That tax return reported taxable income on line 9 (total income) in the amount of $81,836.00 and reported amount of total tax on line 24 (total tax) in the amount of $30,980.00, when, in fact, as the defendant **DAVID M. ANDERSON** knew, his taxable income for the calendar year 2019 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

_/s/ William E. Wagner_
WILLIAM IHLENFELD
United States Attorney

Sarah E. Wagner
Assistant United States Attorney