UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.   Criminal No. 1:23CR17

DAVID M. ANDERSON,

      Defendant.

### UNITED STATES MOTION TO DISMISS

Now comes the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Sarah E. Wagner, Assistant United States Attorney, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks leave from this Court to dismiss the information against the defendant David M. Anderson in light of the indictment filed on September 6, 2023.

Respectfully submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:   /s/ Sarah E. Wagner
      Assistant United States Attorney
      United States Attorney's Office
      320 West Pike Street, Suite 300
      Clarksburg, WV  26301
      Ph: (304) 623-7030; Fax: (304) 234-0110

CERTIFICATE OF SERVICE

I, Sarah E. Wagner, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on September 18, 2023, I electronically filed the foregoing **UNITED STATES MOTION TO DISMISS** with the Clerk using the CM/ECF system, which will send notification of such filing to defense counsel.

Respectfully submitted,
WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:  /s/ Sarah E. Wagner
Sarah E. Wagner
Assistant United States Attorney